DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702)388-6336
Fax: (702) 388-6418

Attorneys for the Government

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

|  |  |
|---|---|
| UNITED STATES,<br>　　　　　Plaintiff,<br>　v.<br>RONEN NAHUM,<br>　　　　　Defendant. | Case No. 2:12-CR-00374-MMD-GWF |

### MOTION TO UNSEAL INDICTMENT AND CASE MATTER

COMES NOW the United States of America by and through its attorneys, Daniel G. Bogden, United States Attorney, District of Nevada, and Kimberly M. Frayn, Assistant United States Attorney, and states as follows:

The Government requests the Court unseal both the indictment and the case matter in Case No. 2:12-CR-00374-MMD-GWF. This matter was sealed pursuant to the Government's request to protect the future options of a criminal investigation. The case has been indicted and the case is proceeding to trial, which has been set February 12, 2012, therefore, the reasons for sealing

the documents and the case matter no longer exist and should be unsealed.

DATED this __20th__ day of December, 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN
Assistant U.S. Attorney
Organized Crime Strike Force

Government Counsel hereby certifies that a copy of the foregoing motion was served on defense counsel via email and/or facsimile.

/s/ Kimberly M. Frayn
KIMBERLY M. FRAYN

# ORDER

The Court having reviewed Government's Motion to Unseal, and good cause appearing,

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED this __27th__ day of December, 2012.

AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) |
|---|---|
| v. | ) |
| Randy Harrod | ) Case No. 2:02-cr-00539-LRH-RJJ |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition   x Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: Lloyd D. George U.S. Courthouse 333 Las Vegas Boulevard Las Vegas, NV 89101 | Courtroom No.: 3A |
|---|---|
| | Date and Time: 10/2/2012 @ 3:00pm |

This offense is briefly described as follows:

LANCE S. WILSON
**CLERK**

*Lance S. Wilson*
(By) DEPUTY CLERK

9/25/2012
**DATE**

## Proof of Service

This summons was received by me on *(date)* _____.

☐ I personally served the summons on this defendant _____ at
*(place)* _____ on *(date)* _____; or

☐ On *(date)* _____, I left the summons at the defendant's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: _____     Served by U.S. Probation office.
*Server's signature*

_____
*Printed name and title*

Remarks:  ***If you do not have an attorney, and you cannot afford to hire one, you should immediately contact the Office of the United States District Court (702) 464-5614 to arrange for a court appointed attorney to represent you in this case.***