# GERAGOS & GERAGOS

A PROFESSIONAL CORPORATION
LAWYERS
644 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017-3411
TELEPHONE (213)625-3900
FACSIMILE (213)625-1600
GERAGOS@GERAGOS.COM

TINA GLANDIAN,       NV SBN 12582
Attorneys for Defendant, Ronen Nahum

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00374-JAD-GWF |
| Plaintiff, | |
| | **STIPULATION ALLOWING TRAVEL** |
| vs. | |
| | Sentencing Hearing: June 3, 2015 |
| RONEN NAHUM, a.k.a. Ronen Nachum, | |
| Defendant. | *Honorable Jennifer A. Dorsey* |

Plaintiff UNITED STATES OF AMERICA, by and through its counsel of record, the United States Attorney for the District of Nevada, and defendant RONEN NAHUM, by and through his counsel of record, Tina Glandian, hereby stipulate that Mr. Nahum be permitted to travel to Hawaii on Saturday, April 18, 2015, and return to California on Saturday, April 25, 2015 to accompany his daughter on a campus tour at the University of Hawaii where she has recently been accepted for college.

Mr. Nahum's pretrial services officer in the Central District of California, Ileen DeGonia, has been notified of Mr. Nahum's intent to travel and has indicated that she has no objection.

**IT IS SO STIPULATED.**

                                                    Respectfully submitted,

Dated:  April 14, 2015                     GERAGOS & GERAGOS, APC

                                              */s/ Tina Glandian*
                                              TINA GLANDIAN
                                              Attorney for Defendant
                                              RONEN NAHUM

Dated:  April 14, 2015                     DANIEL G. BOGDEN
                                              United States Attorney

                                              */s/ Kimberly M. Frayne*
                                              KIMBERLY M. FRAYN
                                              Assistant United States Attorney

                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I am the attorney for Defendant in the above-entitled action, and that on the date below, I caused a true and correct copy of the **STIPULATION ALLOWING TRAVEL** herein to be served upon the parties or their attorneys of record by electronically filing the same with this Court pursuant to and in compliance with its CM/ECF filing system, to which the following named attorney for Plaintiff is a signatory:

KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Attorney for Plaintiff UNITED STATES OF AMERICA

DATED: April 14, 2015

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tina Glandian*
　　　　　　　　　　　　　　　　　　　　　　　　TINA GLANDIAN

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00374-JAD-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| RONEN NAHUM,<br>a.k.a. Ronen Nachum, | |
| Defendant. | |

The matter is before the Court on a Stipulation Allowing Travel. Having reviewed the Stipulation and good cause appearing therefore,

**IT IS HEREBY ORDERED** that defendant Ronen Nahum is permitted to travel to Hawaii on Saturday, April 18, 2015 and return to California on Saturday, April 25, 2015 to accompany his daughter on a campus tour at the University of Hawaii where she has recently been accepted for college.

**IT IS SO ORDERED.**

Dated: April __15__, 2015

_____
HONORABLE JENNIFER A. DORSEY
United States District Judge